# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHUXIN FU, | |
| Plaintiff, | Civil Action No. 1:24-cv-00592 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | JURY TRIAL DEMANDED |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Shuxin Fu ("Plaintiff") moves for the Entry of a Preliminary Injunction enjoining Defendants from making, using, offering for sale, and selling the identified Infringing Products and for an asset restraint in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated March 3, 2024

By: */s/ Pete Wolfgram*
Peter S. Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA 19125
pwolfgram@stratumlaw.com
*Attorney for Plaintiff Shuxin Fu*